# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :NO. 759 |
| | : |
| REAPPOINTMENT TO THE | :SUPREME COURT RULES |
| PENNSYLVANIA BOARD OF LAW | : |
| EXAMINERS | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, David R. Fine, Esquire, Dauphin County, is hereby reappointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2018.